## Exhibit A to the Complaint

**Location:** Norwood, MA  
**Total Works Infringed:** 26

**IP Address:** 71.184.89.7  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 292F214F561E10D5B9A9C4496DC9554E3CB40401<br>File Hash:<br>09A867F6AFFC94033A95B4B72737A764AF9E764E8F3A4AD30C6266B22B5BC2F6 | 12-04-2023 03:29:40 | Tushy | 12-03-2023 | 12-13-2023 | PA0002445432 |
| 2 | Info Hash: 6742F51417E400EEB56584B73B970A2B605FD713<br>File Hash:<br>87057131412E85764CE435473F0C2F26E3C28174AB560094D97ACF1BE19B4181 | 11-29-2023 23:58:40 | Blacked Raw | 03-23-2018 | 04-17-2018 | PA0002116746 |
| 3 | Info Hash: 484DB5F403663D87892BE990FB0316BF42B6E675<br>File Hash:<br>E986E08235B4745DE24F8B909C691032D01F20FFC4512CCDFE7A7A17065398DD | 11-29-2023 22:50:19 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 4 | Info Hash: 7A127A57B8AA272582ACAD7AED0616D4A9EDE3DA<br>File Hash:<br>49EDF000F0073A38A1BB5A75403F4ED8D7664B4CE81BE83B2D57983996D65553 | 11-29-2023 22:33:53 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 5 | Info Hash: 8A59D3990864D52D6A73192AB624D1342FE93D91<br>File Hash:<br>945F49AF48164B4D713952129D915C10C3A70C195EEF74207C59B5C3DF848B80 | 11-29-2023 22:30:51 | Blacked Raw | 02-21-2020 | 03-18-2020 | PA0002241534 |
| 6 | Info Hash: E525D559E5C785C276C8E68BDBC632B62CA68818<br>File Hash:<br>DB805E612D166251C8C2B753DE984636EBBD224998288FDA4817D756AA9A9617 | 11-29-2023 22:18:48 | Blacked Raw | 03-30-2023 | 04-07-2023 | PA0002405733 |
| 7 | Info Hash: A73E6755DEB9F369429F7A85D300C74C4EEDF847<br>File Hash:<br>ABCBDE05025359E4374E1A031FCCCD6283268A7E2D2C42C5240DBC6634A853F9 | 11-29-2023 22:18:42 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 8 | Info Hash: 43230293E06A0C61D33E699F66138D48FDA0B5B4<br>File Hash:<br>4693603C080BBC8918E8AA233590A7927081457D8568ACBF0D1E97793254EE85 | 11-29-2023 22:12:29 | Blacked Raw | 06-23-2023 | 07-13-2023 | PA0002420356 |
| 9 | Info Hash: 124DEB158EA73B1AA07D9EDECB166AB175990EA0<br>File Hash:<br>A7783767096192D740C901A2FDFFF622157348FCF0BB68E36237D7C726C3D33C | 11-27-2023 06:31:45 | Vixen | 11-24-2023 | 12-13-2023 | PA0002445431 |
| 10 | Info Hash: 25608F38FF3CDBD266ADB974C59D9638CB68AD0C<br>File Hash:<br>5D30B308F9F40BBCB322BB0D31DC960B75D1001FA9E0F633E3712B0320A25157 | 11-25-2023 15:19:45 | TushyRaw | 11-22-2023 | 12-13-2023 | PA0002445429 |
| 11 | Info Hash: 863017594586E4F0795AC9C3CC6202E0A959C934<br>File Hash:<br>662C330A592F2DDB31BA4909DAA561AA2405FC5D8C044075708382D3471C02C1 | 11-16-2023 22:23:01 | Blacked | 12-21-2017 | 01-15-2018 | PA0002070941 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 2BFA421C3201AE5FECBF696B624DB42EE8C301EB<br>File Hash:<br>0D0C82D9BCD417D5B912BA4AF1AB3C5FDD064310ACA56DE3835B0808A3A6ECB8 | 11-15-2023<br>18:00:20 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |
| 13 | Info Hash: 76410192566CD1F9984A94F1230209D829F0A953<br>File Hash:<br>6DA623F1C262E476765ABD52677791F37DEE653334B9E008C127DDFE8C34AEB6 | 11-15-2023<br>17:47:03 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 14 | Info Hash: B506896EBF62DB53971C042108622812E1A54A10<br>File Hash:<br>8036A2F2526E84F5814A377DE55B9D9867381B7359B6128F4D316212B0650FFA | 11-15-2023<br>00:19:04 | Blacked Raw | 05-24-2023 | 06-09-2023 | PA0002415389 |
| 15 | Info Hash: 893E98591FA15FF04D08385E43D5035C929324AB<br>File Hash:<br>BCB7D5257DE7A8FCD4C1AB7EF048F61C9B5073D46BB2033AB47797794B15F28B | 11-14-2023<br>21:59:51 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 16 | Info Hash: FEB7027A52BAD2745456A34721E6F3069BA77136<br>File Hash:<br>89EE1C641A5CC077566C58EF7993B27AC9394A32B269F25A999084F587247A43 | 11-13-2023<br>23:05:21 | Blacked Raw | 11-13-2023 | 12-12-2023 | PA0002444884 |
| 17 | Info Hash: 465968EB5767694BF6164513302F6841169CD9D0<br>File Hash:<br>41528BCBB48746A262E97D549275EC8B21D7A9D38A1DE90C9122106128FFA8CE | 11-12-2023<br>13:29:14 | Blacked | 11-11-2023 | 12-11-2023 | PA0002444873 |
| 18 | Info Hash: F50ED2232B0DEF79EE1A4B7237E55DE135218DF4<br>File Hash:<br>9E335017CA64168368D19A57ABBDA2A19C4D37EB5F2ABF09D48E1276F5A2D442 | 11-12-2023<br>12:50:52 | Blacked Raw | 05-02-2022 | 05-20-2022 | PA0002350372 |
| 19 | Info Hash: BDFF548F4694A59A4541950DDFD72D344DBA432E<br>File Hash:<br>23ECE672FCA2003D18754C2D3CF9CEBA7CF1D29BF3EB7E434555383A61821A3A | 11-09-2023<br>20:55:21 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 20 | Info Hash: 8174B51D9BA59D6D78DEFD0445B5B823CE816C3F<br>File Hash:<br>AF8222BFD9A920A0FB60F2A9B2F9019BE56AAEE53A06DB5C0FE72DAAAD3CF8C3 | 11-09-2023<br>13:11:13 | TushyRaw | 11-08-2023 | 11-14-2023 | PA0002439690 |
| 21 | Info Hash: 6829D407FB5F552B57991AF3D4C1F7CC3BDDF771<br>File Hash:<br>A3B1C4844A44093CA62292E5809CD34AA7F9C56DBD25C1E34EA1CADB4AD8E6BD | 11-08-2023<br>18:35:25 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 22 | Info Hash: 7A12B49FE6FE4B060E5EA4C903652C9290747100<br>File Hash:<br>43D171EF7A263ECF3D5050F6B6D9AF042CB10E68E24C0487DC19E2F707A96A6E | 11-08-2023<br>17:45:40 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 23 | Info Hash: 72C3A3B725CC3AC9A32B0CC05116A4BFBCC0E5C7<br>File Hash:<br>2C304C1AD95B08AC24B1E07A7A7ED2CF787319F660A1082155470079842E0F48 | 11-07-2023<br>01:18:47 | Blacked Raw | 11-06-2023 | 11-13-2023 | PA0002439619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 42ED9CAEAB2D5D734248B0A2C74BFDE5023FD491<br>File Hash:<br>C4D5A0BAC7ADE95DED4B45E506D5F76A9619F1F3CCD402DC23B71019CD81FA7B | 11-06-2023<br>02:07:37 | TushyRaw | 11-01-2023 | 11-14-2023 | PA0002439668 |
| 25 | Info Hash: D408C4464E5B616FFFF12873113DBB38DD66EF72<br>File Hash:<br>6D763C38CAC4D5061A59FF0786626854DA74625CCC0EE656DF416E4BEA137FD6 | 11-04-2023<br>03:55:47 | Vixen | 08-12-2018 | 09-01-2018 | PA0002119680 |
| 26 | Info Hash: 6C4A44AA395423B419D7F392377237E5E7FEBAA3<br>File Hash:<br>865EACCA73C7FAAED10BEB2203368EC869B2F5651FE90B8FCAFD5DEA1D198593 | 11-04-2023<br>03:39:06 | Blacked Raw | 04-09-2023 | 05-14-2023 | PA0002411278 |